# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-4197-VAP (DFM) | Date | September 11, 2018 |
| Title | Alexander Roy Sinclair v. Unknown | | |

Present: The Honorable  Douglas F. McCormick

| Denise Vo | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**        (In Chambers) Order to Show Cause re: Dismissal for Lack of Prosecution

On June 21, 2018, the Court sent Plaintiff a civil rights complaint packet and ordered him to submit a completed CV-60P within 21 days. See Dkt. 4. Plaintiff did not file the form by the deadline. Nor has Plaintiff sought any extension of time in which to do so. Plaintiff's failure to take any action with respect to his case evidences a failure to prosecute. Accordingly, within twenty-one (21) days of the date of this order, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss this action for failure to prosecute. **Plaintiff is expressly warned that if he fails to file a timely response to this Order, the Court may recommend dismissal of this action for lack of prosecution.**

                                                                                    :
                                        Initials of Clerk:    dv