JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEXANDER ROY SINCLAIR, | No. CV 18-04197-VAP (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| UNKNOWN, | |
| Defendant. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice for failure to prosecute.

Dated: November 30, 2018

_____
VIRGINIA A. PHILLIPS
Chief United States District Judge